**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION**

ODONCHIMEG KHORLOO and
ENKHAMGALAN TSOGTSAIKHAN,
Individually and on behalf of other
similarly situated,

        Plaintiffs,

        v.

JOHN C. HEATH ATTORNEY AT LAW, PLLC
d/b/a LEXINGTON LAW FIRM;
PATRICK GIBSON, d/b/a "700life.net"; and
Unknown Named Owners of "700life.net",

        Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 18-cv-01778

Hon. Andrea R. Wood

**<u>MOTION FOR LEAVE TO WITHDRAW THE APPEARANCE OF
LANCE A. RAPHAEL AS COUNSEL OF RECORD FOR PLAINTIFFS</u>**

NOW COMES Lance A. Raphael, one of the attorneys for the Plaintiffs in the above-captioned matter, and seeks leave of this Court to withdraw his appearance as counsel of record for the Plaintiffs. In support of my motion I hereby state as follows:

1.      I am currently on disability following a heart attack that I suffered in November 2017, and I am no longer able to actively participate in the prosecution of this matter.

2.      Additionally, I will be closing down the Consumer Advocacy Center, P.C., the law firm of which I am the principal attorney, as of October 15, 2019.

3.      Plaintiffs remain represented by attorneys Craig R. Frisch and Christopher D. Kruger, both of whom already have appearances on file in this matter.

4.      Attorney Frisch, who is currently an associate at the Consumer Advocacy Center, P.C., will be filing a change of address/affiliation form in this case before or upon the closing of the Consumer Advocacy Center.

WHEREFORE, Lance A. Raphael respectfully requests that this Honorable Court grant his motion for leave to withdraw his appearance as counsel of record for the Plaintiffs in this matter.

Respectfully submitted,

By: /s/ Lance A. Raphael

Lance A. Raphael
Craig R. Frisch
Consumer Advocacy Center, P.C.
180 W. Washington Street, Suite 700
Chicago, IL 60602
(312) 782-5808
Email: lance@caclawyers.com
Email: craig@caclawyers.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2019, I caused a copy of the foregoing Notice of Motion to be served upon all counsel of record via ECF Notice of Electronic Filing.

/s/ Lance A. Raphael